IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: OLD BPSUSH, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 16-12373 (BLS) |
| | ) | |
| THESEUS STRATEGY GROUP LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1450 (MN) |
| | ) | |
| KAREN BARSA, JOAN DEA, C. MICHAEL JACOBI, MATTHEW MANNELLY, BERNARD MCDONELL, BOB NICHOLSEON, MARK VENDETTI, and JULIE ZALESKI, | ) ) ) ) ) ) | BAP No. 20-46 |
| | ) | |
| Appellees. | ) | |

## ORDER

At Wilmington, this 2nd day of December 2020,

WHEREAS, on November 30, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 14) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 14 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 14 at 2):

    Appellant's Opening Brief – February 1, 2021

    Appellees' Answering Brief –March 15, 2021

    Appellant's Reply Brief –April 15, 2021.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court